UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **KIMBALL NEVIS** | CIVIL ACTION NO. 22-5986 |
| | SECTION P |
| VS. | |
| | JUDGE DONALD E. WALTER |
| **MR. BOWAN, ET AL.** | MAG. JUDGE KAYLA D. MCCLUSKY |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Kimball Nevis's claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

SHREVEPORT, LOUISIANA, this 13th day of February, 2023.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE